1  John J. Belanger, Esq., State Bar No. 021671
   jbelanger@bremerwhyte.com
2  Ryan S. Leibel, Esq., State Bar No. 037068
   rleibel@bremerwhyte.com
3  BREMER WHYTE BROWN & O'MEARA LLP
   8950 South 52nd Street, Suite 201
4  Tempe, AZ 85284
   Telephone: (602) 274-1204
5  Facsimile: (602) 274-1205

6  Attorneys for Defendant,
   Costco Wholesale Corporation
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE DISTRICT OF ARIZONA**

10

11 | Iram Sheikh,                        | ) | Case No.
12 |          Plaintiff,                 | ) | **NOTICE OF REMOVAL**
13 |     vs.                             | ) |
14 | Costco Wholesale Corporation,       | ) |
15 |          Defendant.                 | ) |

16

17        Defendant Costco Wholesale Corporation ("Costco"), hereby gives Notice that it is
18 removing this action from Maricopa County Superior Court to the United States District
19 Court for the District of Arizona pursuant to 28 U.S.C. §§ U.S.C. 1332, 1441, and 1446 for
20 the following reasons:

21 **A.   THIS COURT HAS DIVERSITY JURISDICTION PURSUANT TO 28 U.S.C. § 1332**
22

23        The Court determines diversity jurisdiction at the time of removal. *See St. Paul*
24 *Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938). A defendant seeking
25 removal has the burden to establish this Court's jurisdiction. *See Geographic Expeditions,*
26 *Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

27 ///

28 ///

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

1491.036  4890-2496-5408.2

**1.** **There is Complete Diversity Among the Legitimate Parties.**

    (a)    Plaintiff Iram Sheikh is an individual residing in the State of Arizona. *See* Complaint, CV2022-091842, Superior Court of Arizona, Maricopa County, ¶ 3. Plaintiff thus is a citizen of Arizona for purposes of 28 U.S.C. § 1332(a).

    (b)    Defendant Costco is a Washington corporation with its principal place of business in Issaquah, Washington. Costco, therefore, is a citizen of Washington for purposes of 28 U.S.C. § 1332(a).

**2.** **The Amount in Controversy Exceeds $75,000.00.**

Plaintiff has certified that the damages sought would not require the state court to assign this case to compulsory arbitration. *See* Certificate of Compulsory Arbitration, CV2022-091842, Superior Court of Arizona, Maricopa County. Under the rule cited by Plaintiff, Plaintiff asserts that this matter is not subject to compulsory arbitration because Plaintiff seeks damages of $50,000.00 or more. Ariz. R. Civ. P. 72. On March 17, 2022, Plaintiff's counsel presented a pre-litigation demand in the amount of $200,000.00. Plaintiff's alleged damages thus establish that the amount in controversy exceeds the minimum requirement for diversity jurisdiction.

**3.** **Costco Has Met Its Burden.**

Based on the foregoing, complete diversity of citizenship exists and Costco has established by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1446(b)(2); *see also Geographic Expeditions, Inc. v. Estate of Lhotka,* 599 F.3d 1102, 1107 (9th Cir. 2010). As such, Costco has met its burden to establish jurisdiction of this Court.

**B.** **THIS NOTICE OF REMOVAL IS TIMELY AND COMPLIES WITH THE STATUTORY REQUIREMENTS.**

A notice of removal must be filed within 30 days of the date on which the case first became removable. 28 U.S.C. § 1446(b)(3). Here, Plaintiff filed the Complaint in state court which named Costco on April 29, 2022. Plaintiff served the Complaint on Costco by personal service. Costco's statutory agent first received notice of the Complaint on May 2,

BREMER WHYTE BROWN & O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

2

1491.036 4890-2496-5408.2

1  2022. This Notice of Removal has therefore been timely filed. *See* 28 U.S.C. §
2  1446(b)(2)(B).

3  Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.7(a), Costco has filed a copy of this
4  Notice of Removal with the Superior Court of Arizona, Maricopa County and served it on
5  Plaintiff.

6  Pursuant to 28 U.S.C. § 1446(a), copies of the documents filed in the state court are
7  attached as Exhibit A.

8  WHEREFORE, Costco gives notice that the action pending against it in the Superior
9  Court of Arizona, Maricopa County, has been removed to the United States District Court for
10 the District of Arizona, Phoenix Division.

11 Dated: June 1, 2022                    BREMER WHYTE BROWN & O'MEARA LLP

13                                        By: */s/ John Belanger*
                                              John J. Belanger, Esq.
14                                            Ryan S. Leibel, Esq.
                                              Attorneys for Defendant
15                                            Costco Wholesale Corporation

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

3

1491.036  4890-2496-5408.2

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows:

drshah@thedrlawyer.com
Zaheer A. Shah, MD, JD
The Dr. Lawyer Law Group
2163 E. Baseline Road, Suite 105
Tempe, Arizona 85283
*Attorneys for Plaintiff*

By: */s/ DD Waldron*

BREMER WHYTE BROWN &
O'MEARA LLP
8950 SOUTH 52ND STREET
SUITE 201
TEMPE, AZ 85284
(602) 274-1204

4

1491.036  4890-2496-5408.2