Exhibit A



Select Language

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

Case Number: CV2022-091842  Judge: Hopkins, Stephen
File Date: 4/29/2022  Location: Southeast
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
| --- | --- | --- | --- |
| Iram Sheikh | Plaintiff | Unknown | Zaheer Shah |
| Costco Wholesale Corporation | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
| --- | --- | --- | --- |
| 5/2/2022 | NJT - Not Demand For Jury Trials | 5/5/2022 | |

**NOTE:** Plaintiff's Demand for Jury Trial

| 4/29/2022 | COM - Complaint | 5/2/2022 | |

**NOTE:** Complaint

| 4/29/2022 | CSH - Coversheet | 5/2/2022 | |

**NOTE:** Civil Cover Sheet

| 4/29/2022 | CCN - Cert Arbitration - Not Subject | 5/2/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| 4/29/2022 | SUM - Summons | 5/2/2022 | |

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**



**CT Corporation**
**Service of Process Notification**
05/04/2022
CT Log Number 541520362

## Service of Process Transmittal Summary

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Arizona**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TRAM SHEIKH // To: Costco Wholesale Corporation |
| **CASE #:** | CV2022091842 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Phoenix, AZ |
| **DATE/METHOD OF SERVICE:** | By Certified Mail on 05/04/2022 |
| **JURISDICTION SERVED:** | Arizona |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/04/2022, Expected Purge Date: 05/19/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
3800 N. Central Avenue
Suite 460
Phoenix, AZ 85012
866-665-5799
SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
4/29/2022 1:45:46 PM
Filing ID 14246260

Zaheer A. Shah, MD, JD, SBN 030227
**THE DR. LAWYER LAW GROUP**
2163 E. Baseline Road, Suite 105
Tempe, AZ 85283
(602) 680-7300
(602) 595-1655 Fax
drshah@thedrlawyer.com
*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR MARICOPA COUNTY

| | |
|---|---|
| IRAM SHEIKH,<br><br>                              Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION; ABC ORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS I-X; AND XYZ LIMITED LIABILITY COMPANIES I-X;<br><br>                              Defendants. | Case No.  CV2022-091842<br><br>**COMPLAINT**<br><br>**(Tort – Premises Liability)** |

Plaintiff Iram Sheikh files the following complaint:

**JURISDICTION AND VENUE**

1. This court has jurisdiction to hear and determine this action and to grant the relief requested pursuant to A.R.S. §12-542. Plaintiff seeks compensatory relief.

2. Venue is in this Court pursuant to A.R.S. §12-401.

**PARTIES**

3. At all relevant times, Plaintiff Iram Sheikh (hereinafter "Iram") was an adult individual and resident of Maricopa County, Arizona.

4. Upon information and belief, Defendant Costco Wholesale Corporation (hereinafter "Costco") is a Washington for-profit (business) corporation doing business in Arizona on the date of the accident, and continues to do business in Arizona as of the date this complaint was filed.

5. All acts complained of herein occurred in Maricopa County, Arizona.

6. Any acts or omissions done by a married Defendant were done on behalf of the respective marital communities, rendering the marital community and its individual members jointly and severally liable.

## GENERAL ALLEGATIONS

7. On January 15, 2021 Iram Sheikh was shopping at the Costco Wholesale Club located at 1444 South Sossaman Road in Mesa, Arizona 85209.

8. Iram had completed her purchases and was exiting the building.

9. Iram stopped at the station where receipts are reviewed prior to departure.

10. Iram then walked into a clear puddle of water that she did not see in the middle of the pedestrian walkway.

11. Iram slipped and twisted her right knee badly.

12. Iram fell forward onto the handlebar of her cart.

13. Iram felt a significant strain on her right shoulder and knee.

14. Iram felt a snap and heard a cracking sound.

15. Iram fell in the main, most-traveled, corridor of the Costco location directly in front of the member station and very near to employees that govern the exit.

16. After her fall, a Costco employee cleaned up the puddle of liquid in which Iram had slipped, and a Costco store manager reluctantly helped Iram complete an incident report.

17. As a result of the fall, and Costco's negligence, Iram was severely injured.

## COUNT I
## NEGLIGENCE

18. Plaintiff re-alleges and incorporates by reference all those facts and allegations in all preceding paragraphs of the complaint and further alleges as follows.

19. Defendant Costco, as owner and operator of the store, or through its agents or employees, negligently failed to maintain the floor of the store in a reasonably safe condition.

20. Defendant Costco, as owner and operator of the store, or through its agents or employees, allowed a slippery substance to come into contact with and remain on the floor of the store when Defendant, or its agents or employees, knew, or in the exercise of reasonable care should have known, that the substance created an unreasonable risk of harm to customers in the store.

21. Defendant Costco, as owners and operators of the store, or through its agents or employees, failed to warn Plaintiff of the danger presented by the presence of the slippery substance on the floor.

22. Defendant Costco failed to provide a nonslip surface on the floor of the store.

23. Defendant Costco failed to otherwise exercise due care with respect to the matters alleged in this Complaint.

24. As a direct and proximate result of the negligence of Defendants as set forth above, Plaintiff slipped and fell while in the store.

25. As a further direct and proximate result of the negligence of Defendants as set forth above, Plaintiff sustained serious injuries and damages.

## COUNT II
## DAMAGES

26. Plaintiff re-alleges and incorporates by reference all those facts and allegations in all preceding paragraphs of the complaint and further alleges as follows.

27. As a direct result of Costco's negligence, Iram has significant left shoulder and right knee pain.

28. Plaintiff Iram Sheikh has engaged in treatment and medical care since the fall.

29. Iram incurred medical bills during the course of treatment.

30. Iram's injuries caused by the accident have had a tragic impact on her personal life.

WHEREFORE, Plaintiff Iram Sheikh respectfully requests the following relief:

A. For special damages for all medical bills incurred to date and for all future medical bills;

B. For general damages in an amount to be determined by a jury for Plaintiff Iram Sheikh's pain, suffering, annoyance, inconvenience, emotional distress and suffering, anxiety, loss of enjoyment of life and a diminished quality of life;

C. For all other damages as a result of Defendant's negligence;

D.  For lost wages, past and future;

E.  For any and all costs incurred in this matter;

F.  For any and all other amounts deemed just and reasonable under the circumstances.

Dated this 29th day of April 2022.

THE DR. LAWYER LAW GROUP

By: *(signature)*
Zaheer A. Shah, MD, JD
*Attorneys for Plaintiff Iram Sheikh*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
4/29/2022 1:45:46 PM
Filing ID 14246262

Person/Attorney Filing: Zaheer A Shah
Mailing Address: The Dr. Lawyer Law Group 2163 East Baseline Road, Suite 1
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (602)680-7300
E-Mail Address: drshah@thedrlawyer.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 030227, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Iram Sheikh<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation<br>Defendant(s). | Case No. CV2022-091842<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this

By: Zaheer A Shah /s/
Plaintiff/Attorney for Plaintiff

Zaheer A. Shah, MD, JD, SBN 030227
**THE DR. LAWYER LAW GROUP**
2163 E. Baseline Road, Suite 105
Tempe, AZ 85283
(602) 680-7300
(602) 595-1655 Fax
drshah@thedrlawyer.com
*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR MARICOPA COUNTY

| | |
|---|---|
| IRAM SHEIKH,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; ABC ORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS I-X; AND XYZ LIMITED LIABILITY COMPANIES I-X;<br><br>Defendants. | Case No. CV2022-091842<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>**Assigned to the Honorable:**<br>**Stephen Hopkins** |

Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, Plaintiff demands trial by jury on all issues in the above-captioned matter.

Dated this 2nd day of May 2022.

THE DR. LAWYER LAW GROUP

By: _____
Zaheer A. Shah, MD, JD
*Attorneys for Plaintiff Iram Sheikh*

Zaheer A. Shah, MD, JD, SBN 030227
**THE DR. LAWYER LAW GROUP**
2163 E. Baseline Road, Suite 105
Tempe, AZ 85283
(602) 680-7300
(602) 595-1655 Fax
drshah@thedrlawyer.com
*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR MARICOPA COUNTY

| | |
|---|---|
| IRAM SHEIKH,<br><br>                    Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION; ABC ORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS I-X; AND XYZ LIMITED LIABILITY COMPANIES I-X;<br><br>                    Defendants. | Case No.  CV2022-091842<br><br>**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**<br><br>**Assigned to the Honorable:<br>Stephen Hopkins** |

**TO:   COSTCO WHOLESALE CORPORATION**

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this Notice. The complaint has been filed in the Superior Court for the State of Arizona in and for the County of Maricopa and has been assigned case number CV2022-091842.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver of Service of Summons is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the Waiver of Service is also attached for your records.

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the Court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, and you will be required to answer or otherwise respond to the complaint within sixty (60) days from the date designated below as the date on which this notice is sent (or within ninety (90) days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Arizona Rules of Civil Procedure and then, to the extent authorized by those Rules, I will ask the Court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the reverse side (or at the foot) of the enclosed "Waiver of Service of Summons" form.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on the date indicated below.

Dated this 2nd day of May 2022.

THE DR. LAWYER LAW GROUP

By: _____
Zaheer A. Shah, MD, JD
*Attorneys for Plaintiff Iram Sheikh*