# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iram Sheikh, <br><br> Plaintiff, <br><br> v. <br><br> Costco Wholesale Corporation, et al., <br><br> Defendants. | **NO. CV-22-00947-PHX-DLR** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 19, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 19, 2024

By  s/ K. Gray
    Deputy Clerk